```
                      UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF MISSOURI
                             EASTERN DIVISION


IN RE:                          )     CASE NO: 10-49615-399
                                )     CHAPTER 13
KEVIN J WIEST                   )
                                )     Hearing Date: Oct 21, 2010
CINDY M WIEST                   )     Hearing Time:  9:00 AM
                                )     Location: St. Louis, 5 North
                 Debtor(s)      )


                      TRUSTEE'S MEMORANDUM REGARDING
                      CONFIRMATION OF 1ST AMENDED PLAN


     Comes now, John V. LaBarge, Jr., Standing Chapter 13 Trustee and
states he has no objections to confirmation of the  1st amended plan.



                                /s/ John V. LaBarge, Jr.
                                --------------------------------------
                                John V. LaBarge, Jr.
                                Chapter 13 Trustee
Date: December 2, 2010          P.O. Box 430908
                                St. Louis, MO 63143    trust33@ch13stl.com
Thru Court's ECF or Mail to:    (314) 781-8100 Fax: (314) 781-8881

HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON MO  63105

KLW-463
```